# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                          MDL No. 2800

## NOTICE TO ALL INVOLVED COUNSEL

(SEE ATTACHED SCHEDULE)

Presently pending in this litigation are three separate motions collectively seeking centralization, pursuant to 28 U.S.C. §1407, of the actions listed on the attached Schedule in a single federal district for coordinated or consolidated pretrial proceedings.

The three pending motions encompassing the actions listed on the attached Schedule will be set for the next Panel Hearing Session on November 30, 2017. **The deadline for filing motions pursuant to Rule 6.2 to add actions to this litigation for consideration at the Panel Hearing is now closed.** In the event that the Panel orders centralization of this docket, additional related actions not listed on Schedule A will be treated as potential tag-along actions in accordance with Panel Rules 7.1 and 7.2. Pursuant to Panel Rule 6.2(d), parties are reminded to notify the Panel promptly of any potential tag-along actions. Any party in a potential tag-along action may file an interested party response to the motions in this docket.

The due date for responsive pleadings to the three motions filed in MDL No. 2800 is now **October 6, 2017.** Any party wishing to file a response to these motions is directed to do so in a single brief. If a party has already submitted a response to an earlier filed motion, it may either rest on that response or incorporate that response by reference in responding to the later filed motions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                          MDL No. 2800

## SCHEDULE A

| DIST | DIV. | C.A. NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 17-01530 | Pantaze v. Equifax Information Services, LLC |
| ALN | 2 | 17-01550 | Ostoya, et al. v. Equifax, Inc. |
| ALN | 5 | 17-01527 | Walker, et al. v. Equifax, Inc. |
| ALN | 5 | 17-01567 | Highfield v. Equifax, Inc., et al. |
| **ARKANSAS WESTERN** | | | |
| ARW | 6 | 17-06095 | Gray et al v. Equifax Information Services, LLC. |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 17-06620 | Sheena Raffin v. Equifax, Inc. |
| CAC | 2 | 17-06658 | Samuel Bandoh Aidoo v. Equifax, Inc. |
| CAC | 2 | 17-06659 | Henan Louis Joof, et al. v. Equifax, Inc |
| CAC | 2 | 17-06666 | Caralyn Tada, et al. v. Equifax, Inc. |
| CAC | 2 | 17-06715 | Anthony Scott v. Equifax, Inc. |
| CAC | 2 | 17-06721 | Ondrea Faillace v. Equifax, Inc. |
| CAC | 2 | 17-06764 | McShan, et al. v. Equifax, Inc., et al. |
| CAC | 8 | 17-01560 | Patrick Barker v. Equifax, Inc., et al. |
| CAC | 8 | 17-01561 | Randall Collins v. Equifax, Inc. |
| CAC | 8 | 17-01563 | Grant Avise v. Equifax, Inc. |
| CAC | 8 | 17-01571 | Wendy Duran, et al, v. Equifax, Inc., et al. |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 17-01872 | Miller, et al. v. Equifax Inc., et al. |
| CAE | 2 | 17-01878 | Myers, et al. v. Equifax Inc. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 17-05230 | Alexander v Equifax, Inc. |
| CAN | 3 | 17-05260 | Belden v. Equifax, Inc. |
| CAN | 4 | 17-05262 | Murphy, et al. v. Equifax, Inc. |
| CAN | 4 | 17-05284 | Salinas, et al. v. Equifax, Inc |
| CAN | 5 | 17-05228 | Spicer v. Equifax, Inc., et al. |
| CAN | 5 | 17-05265 | Galpern v. Equifax, Inc., et al. |

CALIFORNIA SOUTHERN
```
CAS   3    17-01828    Gersten, et al. v. Equifax, Inc.
CAS   3    17-01829    Dremak v. Equifax, Inc.
CAS   3    17-01832    Tanks, et al. v. Equifax, Inc.
CAS   3    17-01839    VonWiller v. Equifax Information Services, LLC
CAS   3    17-01871    Seymore, et al. v. Equifax, Inc.
```

COLORADO
```
CO    1    17-02178    Morris v. Equifax, Inc.
```

DISTRICT OF COLUMBIA
```
DC    1    17-01852    Santamauro v. Equifax, Inc.
```

GEORGIA NORTHERN
```
GAN   1    17-03422    McGonnigal v. Equifax, Inc.
GAN   1    17-03433    Cary, et al. v. Equifax, Inc.
GAN   1    17-03436    Kuss v. Equifax, Inc.
GAN   1    17-03443    Kealy, et al. v. Equifax, Inc.
GAN   1    17-03444    Ruscitto v. Equifax, Inc.
GAN   1    17-03445    Lapter, et al. v. Equifax, Inc.
GAN   1    17-03447    Manaher v. Equifax, Inc.
GAN   1    17-03448    Samson v. Equifax, Inc.
GAN   1    17-03450    Wolf v. Equifax, Inc.
GAN   1    17-03451    Washburn, et al. v. Equifax, Inc.
GAN   1    17-03456    Fiore v. Equifax, Inc.
GAN   1    17-03457    Lipchitz v. Equifax, Inc.
GAN   1    17-03458    Martin v. Equifax, Inc.
GAN   1    17-03459    Menzer v. Equifax, Inc.
GAN   1    17-03460    Pagliarulo v. Equifax, Inc.
GAN   1    17-03461    Pugliese v. Equifax, Inc.
GAN   1    17-03471    Rust, et al. v. Equifax, Inc.
GAN   1    17-03476    Pavesi, et al. v. Equifax, Inc.
GAN   1    17-03480    Boundy, et al. v. Equifax, Inc.
GAN   1    17-03492    Beekman, et al. v. Equifax, Inc.
```

ILLINOIS NORTHERN
```
ILN   1    17-06508    Neilan v. Equifax, Inc.
ILN   1    17-06519    Lang, et al. v. Equifax Information Services, LLC
```

INDIANA SOUTHERN
```
INS   1    17-03157    King v. Equifax, Inc.
```

KANSAS
KS    2    17-02523    House v. Equifax, Inc.

KENTUCKY EASTERN
KYE   2    17-00156    Anderson v. Equifax, Inc.
KYE   2    17-00158    Tomlin, et al. v. Equifax Information Services, LLC

MASSACHUSETTS
MA    1    17-11712    Cole v. Equifax, Inc.
MA    1    17-11742    Skye v. Equifax, Inc.

MARYLAND
MD    8    17-02712    Gallant v. Equifax, Inc.

MICHIGAN EASTERN
MIE   2    17-12966    Cherney, et al. v. Equifax, Inc.

MINNESOTA
MN    0    17-04196    Amadick, et al. v. Equifax Information Services, LLC

MISSOURI WESTERN
MOW   4    17-00760    Krawcyk v. Equifax, Inc.

MISSISSIPPI NORTHERN
MSN   4    17-00130    Byas, et al. v. Equifax, Inc.

NEW JERSEY
NJ    1    17-06922    Kendall v. Equifax Information Services, LLC
NJ    1    17-06923    Dowgin v. Equifax, Inc.
NJ    1    17-06951    Christen, et al. v. Equifax, Inc.
NJ    1    17-07022    Friedman, et al. v. Equifax, Inc., et al.
NJ    1    17-07085    Zamora v. Equifax, Inc., et al.

NEW MEXICO
NM    1    17-00942    Kilgore, et al. v. Equifax Information Services LLC

NEVADA
NV    2    17-02367    McCall v. Equifax Information Services
NV    2    17-02368    Knepper v. Equifax Information Services, LLC
NV    2    17-02372    McCall, et al. v. Equifax Information Services, LLC

NEW YORK EASTERN
NYE   1   17-05280   Grossberg, et al. v. Equifax Inc.
NYE   1   17-05354   Levy v. Equifax Information Services, LLC, et al.
NYE   1   17-05366   Zweig v. Equifax, Inc.
NYE   2   17-05404   Jorge, et al. v. Equifax, Inc.

NEW YORK SOUTHERN
NYS   1   17-06883   Davis, et al. v. Equifax, Inc.
NYS   1   17-06946   Bitton v. Equifax Information Services, LLC, et al.
NYS   7   17-06868   Tirelli, et al. v. Equifax Information Services, LLC

OHIO NORTHERN
OHN   1   17-01922   Torrey v. Equifax Information Services, LLC

OHIO SOUTHERN
OHS   1   17-00593   Gerstein, et al. v. Equifax Information Services LLC

OKLAHOMA NORTHERN
OKN   4   17-00512   Bahnmaier v. Equifax Inc.

OKLAHOMA WESTERN
OKW   5   17-00973   Gibson, et al. v. Equifax Inc

OREGON
OR    3   17-01405   McHill, et al. v. Equifax Inc.

PENNSYLVANIA EASTERN
PAE   2   17-04045   Austin v. Equifax Inc., et al.
PAE   2   17-04055   Caplan v. Equifax Information Services, LLC
PAE   2   17-04100   Mann v. Equifax Information Services, LLC
PAE   5   17-04105   Hensley v. Equifax Inc., et al.

PENNSYLVANIA WESTERN
PAW   2   17-01186   Derby v. Equifax Inc.

TENNESSEE MIDDLE
TNM   3   17-01246   Martin v. Equifax, Inc.

TEXAS EASTERN
TXE   4   17-00640   Lynch, et al. v. Equifax, Inc.

TEXAS SOUTHERN
TXS   1   17-00187   Collins v. Equifax Inc.

UTAH
UT    2    17-01017    Partridge, et al. v. Equifax, et al.

WASHINGTON WESTERN
WAW  2    17-01363    Pavitt, et al. v. Equifax, Inc.

WISCONSIN EASTERN
WIE   2    17-01238    Maloney v. Equifax, Inc.

WEST VIRGINIA NORTHERN
WVN  1    17-00156    Rice, et al. v. Equifax, Inc.